# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>-vs-<br>MARIA ANDREA GONZALEZ,<br><br>                     Defendant. | Case No.     1:18-CR-02005-SAB<br>                      1:18-CR-02039-SAB-1<br>**CRIMINAL MINUTES**<br><br>DATE:       NOVEMBER 20, 2019<br>LOCATION: YAKIMA<br><br>**SENTENCING HEARING** |

| | Hon. STANLEY A. BASTIAN | |
|---|---|---|
| Erin R. Sinclair | 03 for 1:18-CR-02005-SAB<br>02 for 1:18-CR-02039-SAB | Lynette F. Walters |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Thomas J. Hanlon<br>Ian L. Garriques | Troy J. Lee for 1:18-CR-02005-SAB<br>Tim Nguyen for 1:18-CR-02005-SAB<br>Stephen R. Hormel for 1:18-CR-02039-SAB | |
| **Government's Counsel** | **Defendant's Counsel** | |
| **United States Probation Officer:**  Sean Carter | | |

**[X] Open Court**     **[ ] Chambers**     **[ ] Telecon**

The Defendant was present, in custody of the U.S. Marshals Service, and represented by her court appointed attorneys.

Preliminary comments by the Court. Court notes Mr. Hormel's objections to the Pre-Sentence Investigation Report are primarily legal based and Mr. Lee's objections are primarily factual allegations. Mr. Hormel presents the Defendant's objections in 1:18-CR-02039-SAB; Mr. Lee presents Defendant's objections in 1:18-CR-02005-SAB. Court directed removal of paragraph 30 on page 8 of the Pre-Sentence Investigation Report regarding reference to her involvement in a murder. Mr. Garriques presents the Government's sentencing recommendations; Mr. Hormel and Mr. Lee present the Defendant's sentencing recommendations in their respective cases. Ms. Gonzalez addresses the Court and read a pre-written letter.

Recess: 4:37 p.m. – 4:46 p.m.

Court proceeds to sentencing.

**[N/A]   ORDER FORTHCOMING**

| **CONVENED:** 3:18 P.M. | **ADJOURNED:** 5:02 P.M. | **TIME:** 1 HR. 35 MINS. | **CALENDARED** [N/A] |
|---|---|---|---|

*United States of America -vs- Maria Andrea Gonzalez*             November 20, 2019
1:18-CR-02005-SAB             Page 2
1:18-CR-02039-SAB
Sentencing Hearing

### 1:18-CR-02005-SAB Sentencing

Sentence:
    Count 1: 180 months in custody, credit time served
    Count 2: 120 months in custody, credit time served
    Count 3: 60 months in custody, credit time served, to be served consecutive
    Count 4: 60 months in custody, credit time served
    Count 6: 120 months in custody, credit time served

Supervised Release:
    Count 1: 5 years
    Count 2: 4 years
    Count 3: 2 years
    Count 4: 1 year
    Count 6: 3 years
Fine: Waived
SPA: $500.00 ($100.00 per count)
Conditions of Supervised Release: Mandatory, Standard and Special Conditions contained in the Judgment

### 1:18-CR-02039-SAB-1 Sentencing

Sentence: 120 months in custody, credit time served
Supervised Release: 5 years
Fine: Waived
SPA: $100.00
Conditions of Supervised Release: Mandatory, Standard and Special Conditions contained in the Judgment

Counts 1,2,4 and 6 in 1:18-CR-02005-SAB and Count 1 in 1:18-CR-02039-SAB shall be served concurrent; Count 3 in 1:18-CR-02005-SAB shall be served consecutive after the previously mentioned terms.

Court recommends participation in a Residential Drug Abuse Program (RDAP).

Court will recommend placement at a facility in or near Washington state for the purpose of family visitation.

Court advised Defendant of her limited right to appeal as it pertains to the Attempted Aggravated Sexual Assault case.